UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. S1-4:18 CR 503 RWS |
| ) | |
| HESHAM JAMALEDIN, ) | |
| ) | |
| Defendant. ) | |

**SUPERSEDING CRIMINAL INFORMATION**
**COUNT I**
**(POSSESSION CHILD PORNOGRAPHY)**

The United States Attorney charges that:

At all times relevant to the Criminal Information:

1. Federal law defined the term

   (a) "minor" to mean any person under the age of eighteen years (18 U.S.C. § 2256(1));

   (b) "sexually explicit conduct" to mean actual or simulated--

   (i) "sexual intercourse, including genital-genital, anal-genital, oral-genital, oral-anal, whether between persons of the same or opposite sex,

   (ii) bestiality,

   (iii) masturbation,

   (iv) sadistic or masochistic abuse, or

   (v) lascivious exhibition of the genitals or pubic area of any person (18 U.S.C. § 2256(2)(A));

1

1) "!!!new!!! (pthc) linda - a little extra217 avi - - (sdpa) linda - 10 años mamando y tomando semen(3).avi" - more fully described as a graphic video file depicting a prepubescent, minor female engaged in oral sex with an adult male;

2) "(pthc) 5yr jho real sex with daddy - sweet sex with daddy - papa e hija de 5(2).avi" - more fully described as a graphic video file depicting a prepubescent, minor female engaged in sexual intercourse with an adult male;

3) "!!! new 0608 !!! cambodian 13y fk.avi" - more fully described as a graphic video file depicting a minor female performing oral sex on an adult male while he is wearing a black hood;

4) "(~pthc center~)(opva)(2012) mom and daughter_0.avi" - more fully described as a graphic video file depicting a prepubescent, minor female engaged in sex acts with an adult female with the adult female penetrating the genitals of the minor with multiple sex toys;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

JEFFREY B. JENSEN
United States Attorney

_____
KENNETH R. TIHEN, #37325MO
Assistant United States Attorney

3

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

I, Kenneth R. Tihen, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

KENNETH R. TIHEN, #37325MO

Subscribed and sworn to before me this 10th day of August, 2020.

/s/ Gregory J. Linhares
CLERK, U.S. DISTRICT COURT

By: /s/Jason W. Dockery
DEPUTY CLERK



1